Ida M. PICKING and Guy W. Picking, Appellants v. PENNSYLVANIA RAILROAD COMPANY et al.

No. 10918.

United States Court of Appeals Third Circuit.

Heard Jan. 5, 1953.

Decided Jan. 6, 1953.

Rehearing Denied Feb. 4, 1953.

Ida M. Picking, Baltimore, Md., for appellants.

Edwin D. Strite, Chambersburg, Pa., for appellees.

Before MARIS, McLAUGHLIN and KALODNER, Circuit Judges.

PER CURIAM.

Upon consideration of the motions of Marge S. Kieffer, administratrix of the estate of W. R. Kieffer, deceased, and the Pennsylvania Railroad Company; and it appearing that appellants have wilfully and deliberately failed to comply with the re-

quirements of Rule 24(2) (e) of this court;

It is ordered that the appeal be, and it is hereby dismissed as to all parties appellee.

And it is further ordered that the appellants shall pay the costs.

U. S. TECHNICAL RESEARCH CORPORATION, Plaintiff-Appellee, v. DELTA EXPORT & IMPORT CORP., Amertrade, Inc., Defendants, and American Ball Bearing Corporation and Leo L. Lowy, Defendants-Appellants.

No. 171, Docket 22555.

United States Court of Appeals Second Circuit.

Argued Feb. 5, 1953.

Decided Feb. 17, 1953.

Shearman & Sterling & Wright, New York City, John A. Wilson, Henry Harfield and C. Brent Holleran, New York City, counsel, for plaintiff-appellee.

Gustave B. Garfield, New York City, for defendants-appellants.

Before AUGUSTUS N. HAND and CHASE, Circuit Judges.

PER CURIAM.

The order is affirmed on the authority of Mendelsohn v. Equitable Life Assurance Society, 178 Misc. 152, 33 N.Y.S.2d 733, motion for leave to appeal dismissed 264 App.Div. 731, 35 N.Y.S.2d 162; also cf. Schifrin v. Chenille Mfg. Co., 2 Cir., 117 F. 2d 92.